Crystal Eller, Esq.
Nevada Bar No.4978
3000 West Charleston Ave. Ste. 5
Las Vegas, NV 89102
(702) 685-6655 Office
(702) 804-5090 Facsimile
Crystal@crystalforthepeople.com

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BHH MANAGEMENT GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.  2:15-cv-01182-GMN-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

   Plaintiff BOFA HOLDINGS ("Plaintiff"), by and through its attorney, Crystal Eller, and Defendant FEDERAL NATIONAL MORTGAGE, ("Defendant") by and through its attorney, the law firm of WOLF & WYMAN, L.L.P., hereby stipulate and agree to an extension of time up to and including July 31, 2015, for the Plaintiff, BHH MANAGEMENT GROUP, INC. to file an opposition or otherwise respond to Defendant's motion to dismiss.

   WHEREAS, Plaintiff filed a *Complaint for Quiet Title, Declaratory Relief, Fraud, and Negligent Misrepresentation* in District Court, Clark County, Nevada on May 15, 2015, Case No. A-15-718444-C;

   WHEREAS, Defendant filed a *Petition for Removal* and a *Notice of Removed Action* to the U.S. District Court, District of Nevada on June 22, 2015, Case No. 2:15-CV-01182-GMN-CWH;

   WHEREAS, Plaintiff filed its motion to dismiss on June 29, 2015.

   WHEREAS, Defendant's response to that motion is due on July 16, 2015

   WHEREAS, this is the first stipulation to extend time to respond submitted to the Court;

   WHEREAS, Plaintiff needs additional time to evaluate and respond to the factual allegations made in Defendant's motion, and the parties are considering the issue of possible Bankruptcy Court Jurisdiction over this case;

1

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

Dated: July _____, 2015.                                                    Dated: July_____, 2015.

WOLF & WYMAN LLP.

By: */s/ Andrew A. Bao*                                                         By: */s/ Crystal Eller*
    Andrew A. Bao, Esq. (NV Bar No. 10508)                          Crystal Eller (NV Bar No. 4978)
    980 Kelly Johnson Drive, Ste. 140                                    3000 West Charleston Blvd. Ste. 3
    Las Vegas, NV 89119                                                          Las Vegas, NV 89102
    Telephone: (702) 476-0100                                                Telephone: (702) 685-6655
    Facsimile: (702) 476-0101                                                  Facsimile: (702) 685-5553
    *Attorneys for Federal National Mortgage*                         *Attorney for Plaintiff*

## ORDER

On the parties' stipulation, it is hereby ORDERED that the Defendant shall have until July 31, 2015 to answer or otherwise respond to Plaintiff's Motion to Dismiss.

**IT IS SO ORDERED.**

**DATED** this 17th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on July _____, 2015, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

  DATED this _____ day of July, 2015.

                  _____
                  Crystal Eller, Esq.

3