**Andrew A Bao, Esq.**
Nevada Bar No. 10508
*aabao@wolfewyman.com*
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
Telephone: (702) 476-0100
Facsimile:  (702) 476-0101

Attorneys for Defendant,
FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BHH MANAGEMENT GROUP, INC., | Case No.: 2:15-cv-01182-GMN-CWH |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND              ORDER** |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, and DOES 1 through 10, inclusive, | Action Filed:  05/15/2015<br>Trial Date:     None set. |
| Defendants. | |

Plaintiff BHH MANAGEMENT GROUP, INC. ("Plaintiff") and Defendant FEDERAL NATIONAL MORTGAGE, ("Defendant") by and through their attorneys of record, hereby stipulate and agree to an extension of time up to and including August 24, 2015 for the Plaintiff to file an opposition to Defendants' Motion to Dismiss and for Defendant to file an Opposition to Plaintiff's Motion to Refer Case to Bankruptcy Court.

## RECITALS

WHEREAS, Plaintiff filed a Complaint against Defendant in District Court, Clark County, Nevada on May 15, 2015, Case No. A-15-718444-C;

WHEREAS, Defendant removed this action to the U.S. District Court, District of Nevada on June 22, 2015, Case No. 2:15-CV-01182-GMN-CWH;

WHEREAS, Defendant filed its motion to dismiss on June 29, 2015 (Docket No. 10).

WHEREAS, Plaintiff filed its motion to refer case on July 31, 2015 (Docket No. 16);

WHEREAS, this is the first stipulation to extend time to respond to the motion to refer and the second stipulation to extend time to respond to the motion to dismiss;

WHEREAS, counsel of record have discussed these pending issues regarding the motion to dismiss contents and possible Bankruptcy Court Jurisdiction over this case;

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

### **STIPULATION**

The Parties hereby Stipulate as follows:

A.   That Plaintiff's time to file an oppositoin to the Motion to Dismiss be extended until August 24, 2015;

B.   That Defendant's time to file an oppositoin to the Motion to Refer be extended until August 24, 2015.

IT IS SO STIPULATED.

DATED: August 13, 2015

By: /s/ Crystal Eller (w/authorization)
Crystal Eller, Esq.
Nevada Bar No. 4978
*crystal@crystalforthepeople.com*
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Telephone: (702) 685-6655
Facsimile: (702) 685-5553
Attorneys for Plaintiff,
**BHH MANAGEMENT GROUP, INC.**

DATED: August 13, 2015   WOLFE & WYMAN LLP

By: /s/ Andrew A. Bao  SBN 10508
Andrew A Bao, Esq.
Nevada Bar No. 10508
*aabao@wolfewyman.com*
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
Attorneys for Defendant,
**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

# ORDER

By stipulation of the parties and good cause appearing therefore, **IT IS ORDERED** that:

Plaintiff has up to and including August 24, 2015 to file an opposition to Defendants' Motion to Dismiss; and

Defendant has up to and including August 24, 2015 to file an opposition to Plaintiff's Motion to Refer Case to Bankruptcy Court.

**IT IS SO ORDERED.**

DATED: August 14, 2015           By: _____
                                       UNITED STATES DISTRICT COURT JUDGE

Submitted by:

WOLFE & WYMAN LLP

By:  /s/ Andrew A. Bao  SBN 10508
     ANDREW BAO, ESQ.
     Nevada Bar No. 10508
     980 Kelly Johnson Drive, Suite 140
     Las Vegas, NV 89119
     Attorneys for Defendant
     FEDERAL NATIONAL MORTGAGE ASSOCIATION